MICHAEL J. STORTZ (SBN 139386)
michael.stortz@dbr.com
MATTHEW J. ADLER (SBN 273147)
matthew.adler@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

SEAMUS C. DUFFY (*pro hac vice*)
seamus.duffy@dbr.com
MICHAEL W. MCTIGUE JR.*
michael.mctigue@dbr.com
MICHAEL P. DALY*
michael.daly@dbr.com
MEREDITH C. SLAWE*
meredith.slawe@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

Attorneys for Defendants
COMCAST CORPORATION and
COMCAST CABLE
COMMUNICATIONS, LLC
* *pro hac vice* to be sought

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAN ADKINS; JONATHAN BAILEY; REINIER BROKER; JAMES MCLAUGHLIN; NOLA PALMER; CHRISTOPHER ROBERTSON; DEREK VILLEGAS; and DALE WYNN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS, LLC,

Defendants.

Case No. 3:16-cv-05969-VC

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Evidence 201 and the authorities cited below, Defendants Comcast Corporation and Comcast Cable Communications, LLC, hereby request that this Court take judicial notice of the following items in support of their Motion to Dismiss:

1. **Exhibit A**: A true and correct copy of a Term Agreement entered into by Plaintiff Daniel Adkins.

2. **Exhibit B**: A true and correct copy of a Term Agreement entered into by Plaintiff Jonathan Bailey.

3. **Exhibit C**: True and correct copies of a Term Agreements entered into by Plaintiff James McLaughlin.

4. **Exhibit D**: A true and correct copy of a Term Agreement entered into by Plaintiff Nola Palmer.

5. **Exhibit E**: A true and correct copy of a Term Agreement entered into by Plaintiff Christopher Robertson.

6. **Exhibit F**: A true and correct copy of a Term Agreement entered into by Plaintiff Derek Villegas.

7. **Exhibit G**: A true and correct copy of the Form 10-K filed by Comcast Corporation with the Securities and Exchange Commission on February 3, 2017.

## BASIS FOR JUDICIAL NOTICE

"Under Federal Rule of Evidence 201, the [c]ourt may take judicial notice of matters of public record if the facts are not subject to a reasonable dispute," *Vasserman v. Henry Mayo Newhall Mem'l Hosp.*, 65 F. Supp. 3d 932, 942 (C.D. Cal. 2014) (internal quotation marks omitted)), including SEC filings, *Metzler Inv. GmbH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008).

In addition, on a motion to dismiss, a court may consider "documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading." *Davis v. HSBC Bank Nevada, N.A.*, 691 F.3d 1152, 1160 (9th Cir. 2012); *Tan v. GrubHub, Inc.*, 171 F. Supp. 3d 998, 1003 n. 2 (N.D. Cal. 2016) ("A court

may also take judicial notice of documents on which allegations in the complaint necessarily rely . . . provided that the authenticity of these documents is not in dispute." (internal quotation marks omitted)).

The documents offered for judicial notice here are comprised of (1) written contracts that Plaintiffs allege were breached; and (2) one of Comcast's public filings with the SEC. As the above case law indicates, these documents are proper subjects of judicial notice.

**CONCLUSION**

For the foregoing reasons, Comcast respectfully requests that the court take judicial notice of Exhibits A-G.

Dated: February 21, 2017

DRINKER BIDDLE & REATH LLP

By: /s/ Michael J. Stortz
Michael J. Stortz
Matthew J. Adler

Attorneys for Defendants
COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS, LLC